UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE HEALTH SOLUTIONS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>DYANSYS, INC., et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-05207-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 4, 2015 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 31, 2016.

DESIGNATION OF EXPERTS: 11/15/15; REBUTTAL: 12/15/15;
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 31, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 6, 2016;
        Opp. Due: May 20, 2016; Reply Due: May 27, 2016;
        and set for hearing no later than June 10, 2016 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 2, 2016 at 3:30 PM.

JURY TRIAL DATE: August 15, 2016 at 8:30 AM.
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff is granted leave to file an amended complaint.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

United States District Court
Northern District of California

1

2          **IT IS SO ORDERED**.

3   Dated:      5/18/15

4                                              _____

5                                              SUSAN ILLSTON
                                               United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28