L. Scott Oliver (SBN 174824)
scott.oliver@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com

K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Attorneys for Plaintiff INNOVATIVE
HEALTH SOLUTIONS, INC.

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DYANSYS, INC., a California corporation, SRINI NAGESHWAR, individually, PRODUCTS FOR DOCTORS, INC., a California corporation, and JAMES BRADFORD, individually,<br><br>Defendants. | Case No.   3:14-cv-05207-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Pursuant to Civ. L.R. 6-2, Plaintiff Innovative Health Solutions, Inc. and Defendants Dyansys, Inc., Srini Nageshwar, Products for Doctors, Inc., and James Bradford, (together, the "Parties"), by and through their attorneys of record, enter into this Stipulation and Proposed Order to Continue the Case Management Conference currently set for Friday, September 4, 2015 at 3:00 p.m. in Courtroom 10 on the 19th Floor of the above-captioned court, before the Honorable Judge Susan Illston.

The Parties are in the process of attempting to negotiate an agreement to resolve this case. Accordingly, the Parties have stipulated to continue the Case Management Conference to provide the parties with sufficient time to attempt to negotiate a settlement.

The Parties request that the Court continue the Case Management Conference in this matter to October 16, 2015, at 3:00 p.m., with joint case management statements to be filed with the Court by October 9, 2015. In the event settlement is reached by the parties and dismissals are filed with the Court on or before October 9, 2015, the Case Management Conference will automatically be removed from the Court's calendar.

**IT IS SO STIPULATED.**

Dated: August 21, 2015

Respectfully submitted,

By: */s/ Ranjini Acharya*
L. Scott Oliver (SBN 174824)
scott.oliver@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com

K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Matthew S. Nelles (*admitted pro hac vice*)
mnelles@broadandcassel.com
BROAD AND CASSEL
One Financial Plaza
100 S.R. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL  33394
Telephone:  (954) 764-7060
Facsimile:   (954) 761-8135

|   |   |   |   |
|---|---|---|---|
| 1 | | | |
| 2 | | | Lacey DeLori Corona (*admitted pro hac vice*)<br>lcorona@broadandcassel.com<br>BROAD AND CASSEL<br>4100 Legendary Drive, Suite 280<br>Destin, FL  32541<br>Telephone: (850) 269-0148<br>Facsimile:  (850) 521-1452 |

Attorneys for Plaintiff INNOVATIVE HEALTH SOLUTIONS, INC.

Dated: August 21, 2015    By:  */s/ Bryon J. Benevento*

Patricia Anne Welch
welch.patricia@dorsey.com
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA  94301
Telephone:  (650) 857-1717
Facsimile:   (650) 857-1288

Bryon J. Benevento (*admitted pro hac vice*)
benevento.bryon@dorsey.com
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York
Telephone: (212) 415-9200
Facsimile:  (212) 953-7201

Kimberly Neville (*admitted pro hac vice*)
neville.kimberly@dorsey.com
DORSEY & WHITNEY LLP
136 S. Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373

Attorneys for Defendants DYANSYS, INC., and SRINI NAGESHWAR.

Dated: August 21, 2015    By:  */s/ Thomas Stefan Gruenbeck*

Thomas Stefan Gruenbeck (SBN 177056)
tom@gruenbeckvogeler.com
Gruenbeck Vogeler
23120 Alicia Pkwy

Suite 223
Mission Viejo, CA 92692
Telephone: 949-453-1874
Facsimile: 949-453-8175

Attorneys for Defendants PRODUCTS FOR DOCTORS, INC. and JAMES BRADFORD

**CERTIFICATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/). I have on file records to support this concurrence for production for the Court if so ordered.

Dated: August 21, 2015        */s/ Ranjini Acharya*
                              Ranjini Acharya

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Management Conference currently scheduled for September 4, 2015 is continued to October 16, 2015 at 3:00 p.m. In the event settlement is reached by the parties and dismissals are filed with the Court on or before October 9, 2015, the Case Management Conference will automatically be removed from the Court's calendar.

Dated: 8/24/15        By: _____
                          United States District Court Judge

L. Scott Oliver (SBN 174824)
scott.oliver@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Matthew S. Nelles (*admitted pro hac vice*)
mnelles@broadandcassel.com
BROAD AND CASSEL
One Financial Plaza
100 S.R. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL  33394
Telephone:  (954) 764-7060
Facsimile:   (954) 761-8135

Lacey DeLori Corona (*admitted pro hac vice*)
lcorona@broadandcassel.com
BROAD AND CASSEL
4100 Legendary Drive, Suite 280
Destin, FL  32541
Telephone: (850) 269-0148
Facsimile:  (850) 521-1452

Attorneys for Plaintiff INNOVATIVE HEALTH SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE HEALTH SOLUTIONS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> DYANSYS, INC., a California corporation, SRINI NAGESHWAR, individually, PRODUCTS FOR DOCTORS, INC., a California corporation, and JAMES BRADFORD, individually, <br><br> Defendants. | Case No.    3:14-cv-05207-SI <br><br> **DECLARATION OF RANJINI ACHARYA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

I, Ranjini Acharya, declare:

1. I am an attorney duly licensed to practice law in the State of California and am a member of the bar of this Court. K&L Gates LLP represents Plaintiff Innovative Health Solutions, Inc. in this litigation. I submit this declaration on behalf of Plaintiff and in support of the Stipulation and [Proposed] Order to Continue the Case Management Conference, filed herewith. The statements made in this declaration are based on my own personal knowledge and if sworn as a witness I could testify competently thereto.

2. Plaintiff Innovative Health Solutions, Inc. and Defendants Dyansys, Inc., Srini Nageshwar, Products for Doctors, Inc., and James Bradford, (together, the "Parties") are attempting to negotiate a settlement agreement to resolve all remaining issues in the case including Plaintiff's claims for damages, royalties, and costs claimed in the lawsuit against Defendants.

3. The Parties agree that continuing the Case Management Conference, currently set for Friday, September 4, 2015 at 3:00 p.m., to October 16, 2015, at 3:00 p.m., will provide the Parties with sufficient time to attempt to negotiate a settlement.

4. The Parties further agree that, in the event settlement is not reached, a joint case management statement will be filed with the Court by October 9, 2015. In the event that settlement is reached and dismissals are filed with the Court on or before October 9, 2015, the Case Management Conference will automatically be removed from the Court's calendar.

5. This request affects only the hearing date for the Case Management Conference and the deadline for filing the joint case management statement thereto. It does not affect the rest of the case schedule.

6. Defendants previously sought, and were granted, an extension of time to file a reply in support of Defendants' Motion to Dismiss. (Dkt. 108). The Parties also sought, and were granted, one extension of time to continue the initial case management conference. (Dkt. 94).

//
//
//
//

1  //

2  I declare under penalty of perjury under the laws of the United States of America that the foregoing is
3  true and correct and that this declaration was executed on this 21st day of August, 2015, at Palo Alto,
4  California.

                                            By:    */s/ Ranjini Acharya*_____
                                                          Ranjini Acharya

**DECLARATION OF RANJINI ACHARYA IN SUPPORT OF  STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. 3:14-CV-05207-SI**