1 | L. Scott Oliver (SBN 174824)
  | scott.oliver@klgates.com
2 | Ranjini Acharya (SBN 290877)
  | ranjini.acharya@klgates.com
3 |
4 | K&L GATES LLP
  | 630 Hansen Way
  | Palo Alto, CA  94304
5 | Telephone:  (650) 798-6700
  | Facsimile:   (650) 798-6701
6 |
7 | Attorneys for Plaintiff INNOVATIVE
  | HEALTH SOLUTIONS, INC.
8 | [*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| INNOVATIVE HEALTH SOLUTIONS, INC., | Case No.   3:14-cv-05207-SI |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| DYANSYS, INC., a California corporation, SRINI NAGESHWAR, individually, PRODUCTS FOR DOCTORS, INC., a California corporation, and JAMES BRADFORD, individually, | |
| Defendants. | |

1  WHEREAS, Plaintiff Innovative Health Solutions, Inc. filed its Third Amended Complaint on June 5, 2015;

WHEREAS, Plaintiff and Defendants Dyansys, Inc., Srini Nageshwar, Products for Doctors, Inc. and James Bradford, settled this matter on or about October 21, 2015;

NOW, THEREFORE, Plaintiff hereby gives notice of dismissal of all of Plaintiff's claims for relief against Defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendants, through their attorneys of record, hereby stipulate to the dismissal, and agree that each party is to bear its own attorneys' fees, expenses and costs.

**IT IS SO STIPULATED.**

Dated: November 2, 2015

Respectfully submitted,

By: */s/ Ranjini Acharya*
L. Scott Oliver (SBN 174824)
scott.oliver@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com

K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
Telephone:  (650) 798-6700
Facsimile:   (650) 798-6701

Matthew S. Nelles (*admitted pro hac vice*)
mnelles@broadandcassel.com
BROAD AND CASSEL
One Financial Plaza
100 S.R. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL  33394
Telephone:  (954) 764-7060
Facsimile:   (954) 761-8135

Lacey DeLori Corona (*admitted pro hac vice*)
lcorona@broadandcassel.com
BROAD AND CASSEL
4100 Legendary Drive, Suite 280
Destin, FL  32541
Telephone: (850) 269-0148
Facsimile:  (850) 521-1452

Attorneys for Plaintiff INNOVATIVE HEALTH SOLUTIONS, INC.

| | | |
|---|---|---|
| Dated: November 2, 2015 | By: | */s/ Bryon J. Benevento* |
| | | Patricia Anne Welch |
| | | welch.patricia@dorsey.com |
| | | DORSEY & WHITNEY LLP |
| | | 305 Lytton Avenue |
| | | Palo Alto, CA  94301 |
| | | Telephone:  (650) 857-1717 |
| | | Facsimile:   (650) 857-1288 |
| | | |
| | | Bryon J. Benevento (*admitted pro hac vice*) |
| | | benevento.bryon@dorsey.com |
| | | DORSEY & WHITNEY LLP |
| | | 51 West 52nd Street |
| | | New York, New York |
| | | Telephone: (212) 415-9200 |
| | | Facsimile:  (212) 953-7201 |
| | | |
| | | Kimberly Neville (*admitted pro hac vice*) |
| | | neville.kimberly@dorsey.com |
| | | DORSEY & WHITNEY LLP |
| | | 136 S. Main Street, Suite 1000 |
| | | Salt Lake City, UT  84101-1685 |
| | | Telephone: (801) 933-7360 |
| | | Facsimile:  (801) 933-7373 |
| | | |
| | | Attorneys for Defendants DYANSYS, INC., and SRINI NAGESHWAR. |
| Dated: November 2, 2015 | By: | */s/ Thomas Stefan Gruenbeck* |
| | | Thomas Stefan Gruenbeck (SBN 177056) |
| | | tom@gruenbeckvogeler.com |
| | | Gruenbeck Vogeler |
| | | 23120 Alicia Pkwy |
| | | |
| | | Suite 223 |
| | | Mission Viejo, CA 92692 |
| | | Telephone: 949-453-1874 |
| | | Facsimile: 949-453-8175 |
| | | |
| | | Attorneys for Defendants PRODUCTS FOR DOCTORS, INC. and JAMES BRADFORD |

### CERTIFICATION PURSUANT TO CIV. L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/).  I have on file records to support this concurrence for production for the Court if so ordered.

| | |
|---|---|
| Dated:  November 2, 2015 | */s/ Ranjini Acharya* |
| | Ranjini Acharya |

3
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER; CASE NO. 3:14-CV-05207-SI**

### [PROPOSED] ORDER OF DISMISSAL

The above STIPULATION OF DISMISSAL is approved. The above-captioned action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/3/15

By: *Susan Illston*

United States District Court Judge